Franks

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>Erik Lang<br>C. Signature<br>X Erik Lang | B. Date of Delivery<br><br>☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>UNIFUND CCR PARTNERS<br>10625 TECHWOODS CIRCLE<br>CINCINNATI, OHIO 45242<br><br>2:07cv352MEF (Cmp/Sms 20 dys) | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>APR 8<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service label) | 7004 1160 0003 5801 0181 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |