**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 18, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Christopher Barbour v. Richard Allen

**Case Number:** #2:01-cv-00612-MHT

**Referenced Document:** Document #8
Corporate/Conflict Disclosure Statement

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a certificate of service. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| DONALD FRANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNIFUND CCR PARTNERS, | ) CASE NO.: **2:07CV352-MEF** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned mater does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtors, creditors' committees or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Unifund CCR Partners is a New York general partnership whose partners are Credit Card Receivables Fund, Inc., an Ohio corporation, and ZB, LP, a New York limited partnership.

Date:  June 18, 2007.

/s/ Christopher L. Hawkins
Christopher L. Hawkins, Esq.
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203

*Attorney for Defendant*

1

2

**<u>Certificate of Service</u>**

     I certify that on June 18, 2007, I served a copy of the attached pleading by electronic mail and first-class mail on

              Edward M. Wayland, Esq.
              Post Office Box 17
              Montgomery, Alabama 36101

                                    /s/ Christopher L. Hawkins
                                          Of Counsel