**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **DONALD FRANKS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **CASE NO.: 2:07CV352-MEF** |
| | ) |
| **UNIFUND CCR PARTNERS,** | ) |
| | ) |
|     **Defendant.** | ) |

**DEFENDANT'S MOTION TO EXTEND**
**DISPOSITIVE MOTION DEADLINE**

**Unifund CCR Partners** ("Defendant") moves this Court for an extension of the dispositive motion deadline in this case. In support of this motion, Defendant states as follows:

1. The dispositive motion deadline is November 2, 2007.

2. Defendant served discovery requests on Plaintiff on September 17, 2007. Plaintiff's counsel then requested until November 5, 2007, to provide responses to the discovery requests. The undersigned agreed to the extension without realizing that the dispositive motion deadline fell on November 2, 2007.

3. Defendant needs the discovery responses in order to determine whether certain facts are undisputed and whether a dispositive motion is warranted.

4. A brief extension to November 30, 2007, would allow the parties to file dispositive motions approximately 9 weeks before the January 31, 2008, pretrial hearing, and would not disturb the remaining deadlines in the Court's scheduling order.

5. Defendant attempted to reach Plaintiff's counsel by telephone to discuss this motion but was unsuccessful and, therefore, cannot represent to the Court whether the Plaintiff consents to or opposes this motion.

Respectfully submitted on this 1st day of November, 2007.

/s/ Angela R. Rogers
Chris Hawkins
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000
Fax: (205) 521-8800

-and-

Robert E. Poundstone, IV
Angela R. Rogers
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama  36104
Phone:  (334) 956-7700
Fax:  (334) 956-7701

## CERTIFICATE OF SERVICE

I hereby certify that on November 01, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward M. Wayland, Esq.
Post Office Box 17
Montgomery, Alabama 36101

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Not applicable.

s/ Angela R. Rogers
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: arogers@bradleyarant.com