IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Montgomery Division

**DONALD FRANKS,**

    **Plaintiff,**

v.

                              Civil Action No.
                              2:07-cv-352-MEF

**UNIFUND CCR PARTNERS,**

    **Defendant.**

## PLAINTIFF'S RESPONSE TO
## DEFENDANT'S MOTION TO EXTEND THE DEADLINE
## FOR DISPOSITIVE MOTIONS

    The defendant, Unifund CCR Partners, has filed a motion with this Court seeking an extension of the deadline for filing dispositive motions from November 2, 2007 to November 30, 2007. The plaintiff does not object to the extension of the deadline proposed by the defendant.

                                    Respectfully submitted,

                                    DONALD FRANKS
                                    Plaintiff
                                    By Counsel

s/ *Edward M. Wayland*
Edward M. Wayland, Esq.
AOC # WAY004
P.O. Box 17
Montgomery, AL   36101
(334) 834-9901
(334) 264-8742 (fax)
e-mail:  edwayland@yahoo.com

Counsel for Plaintiff

CERTIFICATE OF SERVICE

     I hereby certify that on November 1, 2007, I filed a true copy of the foregoing Plaintiff's Response to Defendant's Motion to Extend the Deadline for Filing Dispositive Motions with the Court using the CM/ECF electronic filing system, which will automatically forward a copy to counsel for the defendant.

                                                              s/ *Edward M. Wayland*
                                                              Edward M. Wayland