IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD FRANKS,<br><br>    Plaintiff,<br><br>v.<br><br>UNIFUND CCR PARTNERS,<br><br>    Defendant, | )<br>)<br>)<br>)<br>)    CASE NO.<br>)    2:07-cv-352-MEF<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Donald Franks, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

   X      This party is an individual, or

_____      This party is a governmental entity, or

_____      There are no entities to be reported, or

_____      The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None_____ | _____ |
| _____ | _____ |
| _____ | _____ |

Nov. 27, 2007                    s/ *Edward M. Wayland*
    Date                             Edward M. Wayland
                                      Counsel for
                                      Donald Franks, Plaintiff

                                      P.O. Box 17
                                      Montgomery, AL 36101
                                      (334) 834-9901
                                      (334) 264-8742 (fax)
                                      edwayland@yahoo.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2007, I filed a true and correct copy of the foregoing Conflict Disclosure Statement with the Court using the CM/ECF electronic filing system, and that the Court will automatically forward a copy to counsel for the defendant.

      s/ *Edward M. Wayland*
      Edward M. Wayland, Esq.