IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| DONALD FRANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-352-MEF |
| | ) | |
| UNIFUND CCR PARTNERS, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before December 21, 2007.

DONE this the 30th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE