IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Montgomery Division

**DONALD FRANKS,**

      **Plaintiff,**

v.

      Civil Action No.
      2:07-cv-352-MEF

**UNIFUND CCR PARTNERS,**

      **Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-styled action is hereby dismissed with prejudice. Having resolved his claims against Defendant Unifund CCR Partners, Plaintiff Donald Franks hereby dismisses with prejudice all claims asserted or that could have been asserted in this case. The parties shall each bear their own attorneys' fees and costs.

      Respectfully submitted,

      DONALD FRANKS
      Plaintiff
      By Counsel

      UNIFUND CCR PARTNERS
      Defendant
      By Counsel

s/ *Edward M. Wayland*
Edward M. Wayland, Esq.
AOC # WAY004
P.O. Box 17
Montgomery, AL   36101
(334) 834-9901
(334) 264-8742 (fax)
e-mail:  edwayland@yahoo.com

Counsel for Plaintiff
Donald Franks


s/ *Angela R. Rogers*
Chris Hawkins, Esq. (AOC #HAW025)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203
(205) 521-8000
(205) 521-8800 (fax)
chawkins@bradleyarant.com

Robert E. Poundstone, IV, Esq.  (AOC #POU007)
Angela R. Rogers, Esq.  (AOC #RAI017)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama  36104
(334) 956-7700
(334) 956-7701 (fax)
bpoundstone@bradleyarant.com
arogers@bradleyarant.com

Counsel for Defendant
Unifund CCR Partners